### DOMESTIC COAL & WOOD COMPANY *v.* HADDEN & BROTHER.

LITTLE, J.   There was ample evidence to sustain the verdict which was rendered in favor of the plaintiff. None of the special grounds of the motion for a new trial show that any error was committed by the trial judge, and his judgment overruling the motion is *Affirmed. All the Justices concurring.*

Argued June 12, — Decided July 22, 1901.

Action on contract.   Before Judge Norwood.   City court of Savannah.   October 26, 1900.

*Gignilliat & Stubbs*, for plaintiff in error.
*William P. Hardee*, contra.